```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Jacob E. Palo

    v.                                         Civil No. 12-fp-407

David Dionne, Superintendent,
Hillsborough County Department
of Corrections

## O R D E R

Before the Court is plaintiff's request for a preliminary injunction (doc. no. 4).  In accordance with 28 U.S.C. § 636(b)(1)(B), Magistrate Judge Landya McCafferty is designated to review and consider the request for preliminary injunctive relief set forth in the complaint and, if necessary, conduct a hearing on the matter.  In accordance with subparagraph (C), the Magistrate Judge shall file her proposed findings and recommendations under subparagraph (B) with the Court, and a copy shall forthwith be mailed to all parties.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date:     November 19, 2012

cc:       Jacob Palo Alto, pro se