UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Jacob E. Palo</u>

   v.                                     Civil No. 12-fp-407

<u>David Dionne, Superintendent,
Hillsborough County Department
of Corrections</u>

## O R D E R

Before the Court is plaintiff's request for a preliminary injunction (doc. no. 4). In accordance with 28 U.S.C. § 636(b)(1)(B), Magistrate Judge Landya McCafferty is designated to review and consider the request for preliminary injunctive relief set forth in the complaint and, if necessary, conduct a hearing on the matter. In accordance with subparagraph (C), the Magistrate Judge shall file her proposed findings and recommendations under subparagraph (B) with the Court, and a copy shall forthwith be mailed to all parties.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date:    November 19, 2012

cc:      Jacob Palo Alto, pro se