UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Jacob E. Palo</u>

   v.             Civil No. 12-cv-407-JD

<u>Hillsborough County Department
of Corrections, Superintendent</u>

## ORDER GRANTING MOTION TO PROCEED
### *IN FORMA PAUPERIS*

  The plaintiff, an inmate at Hillsborough County Department of Corrections ("Institution"), has filed a motion to proceed *in forma pauperis* and an inmate account statement signed by an authorized individual from the Institution. The statement evidences that the plaintiff's current balance is $35.01. Plaintiff has also submitted a signed consent form indicating consent to permit inmate accounts to make court-ordered payments on his behalf.

  The motion to proceed *in forma pauperis* is GRANTED; however, pursuant to 28 U.S.C. § 1915(b)(1), an initial filing fee is assessed in the amount of $7.00. In addition, monthly payments of 20% of each preceding month's income credited to the plaintiff's account shall be remitted by the Institution when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. 28 U.S.C. § 1915(b)(2).

  The initial partial filing fee, and monthly payments thereafter as outlined above, shall be forwarded to the Clerk of Court by the Institution in accordance with this Order. A copy of this

Order, along with a copy of the signed Prisoner Consent Form (doc. no. 2), shall be forwarded by the Court to the Institutions inmate account department.

    SO ORDERED.

                                                    _____
                                                  Landya B. McCafferty
                                                  United States Magistrate Judge

Dated: December 13, 2012

cc:   Jacob E. Palo, pro se
       Hillsborough County Department of Corrections Inmate Accounts