```
                   UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

Jacob E. Palo

   v.                                    Civil No. 12-cv-407-JD

David Dionne, Superintendent,
Hillsborough County Department
of Corrections


**O R D E R**

    Jacob Palo filed this action when he was still a pretrial detainee at the Hillsborough County House of Corrections. On April 22, 2013, the court issued two orders, one directing him to amend his complaint within thirty days (doc. no. 15) and one denying without prejudice his request for court-appointed counsel (doc. no. 16). Those orders were returned to the court as undeliverable on April 30, 2013 (doc. no. 17).

    The court notes that Palo is now incarcerated at the New Hampshire State Prison for Men. The Clerk's office is instructed to forward copies to Palo at the prison of the orders (doc. nos. 15 and 16) that were returned to this court as undeliverable (doc. nos. 15 and 16). Palo's deadline to amend

his complaint as directed in the April 22, 2013, order (doc. no. 15) is extended for thirty days from the date of this order.

SO ORDERED.

_____
Landya McCafferty
United States Magistrate Judge

May 22, 2013

cc: Jacob E. Palo, pro se

LBM:jba