UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jacob E. Palo

      v.

          Civil No. 12-cv-407-JD

Hillsborough County Department of
Corrections, Superintendent

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated August 29, 2013. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

SO ORDERED.

                        /s/ Joseph A. DiClerico, Jr.
                        Joseph A. DiClerico, Jr.
                        District Judge

Date: September 19, 2013

cc: Jacob E. Palo, pro se